1

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

3

ANTOINE D. JOHNSON, M.D.,

4

Plaintiff,

5

v.

6

7

8

9

10

11

GRAYS HARBOR COMMUNITY
HOSPITAL, GRAYS HARBOR
COMMUNITY HOSPITAL MEDICAL
STAFF, GRAYS HARBOR COMMUNITY
HOSPITAL GOVERNING BOARD, KI
SHIN, M.D., TIM TROEH, M.D., BRENT
ROWE, M.D., GREGORY MAY, M.D.,
DANIEL CANFIELD, M.D., ROBIN
FRANCISCOVICH, M.D., THOMAS J.
HIGHTOWER, SHELLY DUBER, M.D.,
AND DOES 1 through 50, inclusive,

12

Defendants.

Case No. C06-5502FDB

ORDER DENYING PLAINTIFF'S
MOTION FOR DEFAULT AGAINST
GRAYS HARBOR COMMUNITY
HOSPITAL MEDICAL STAFF and
GOVERNING BOARD

13

14

15

16

17

        Plaintiff has moved for default against Defendants Grays Harbor Community Hospital

Medical Staff and Grays Harbor Community Hospital Governing Board, service having been

indicated on September 11, 2006.  Counsel for these parties appeared on September 18, 2006 [Dkt.

# 5] and an Answer was filed October 25, 2006 [Dkt. # 33].  Defendants have indicated their

intention to defend this action, and the Court declines to grant default under these circumstances.

18

19

20

        ACCORDINGLY, IT IS ORDERED: Plaintiff's Motion for Default against Defendants

Grays Harbor Community Hospital Medical Staff and Grays Harbor Community Hospital Governing

Board [Dkt. # 31] is DENIED.

21

        DATED this 27th day of October, 2006.

22

23

24

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

25

26

ORDER - 1