UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOINE D. JOHNSON, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>GRAYS HARBOR COMMUNITY HOSPITAL, GRAYS HARBOR COMMUNITY HOSPITAL MEDICAL STAFF, GRAYS HARBOR COMMUNITY HOSPITAL GOVERNING BOARD, KI SHIN, M.D., TIM TROEH, M.D., BRENT ROWE, M.D., GREGORY MAY, M.D., DANIEL CANFIELD, M.D., ROBIN FRANCISCOVICH, M.D., THOMAS J. HIGHTOWER, SHELLY DUBER, M.D., AND DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C06-5502FDB<br><br>ORDER GRANTING DEFENDANT GRAYS HARBOR COMMUNITY HOSPITAL'S MOTION TO QUASH SUBPOENA TO PROVIDENCE PROVIDER CREDENTIALING |

Defendant Grays Harbor Community Hospital (Hospital) move for an order quashing the subpoena that Plaintiff (pro se) served upon "Providence Provider Credentialing" because it fails to comply with Fed. R. Civ. P. 45 in that it does not contain the name of the Court from which the subpoena issued, the specific place for production, the service was improper and the plaintiff is not a person authorized to serve the subpoena, and Plaintiff failed to inform the defendants of the

ORDER - 1

subpoena. Defendant indicates that its counsel spoke with Plaintiff and advised him of the necessity of making proper discovery requests, but that Plaintiff, nevertheless, served the improper subpoena.

Plaintiff's (pro se) actions have been confusing, as on December 7, 2006 he both filed (1) a Praecipe for a subpoena duces tecum to obtain credentialing records from St. Peter's Hospital, and (2) a document entitled Plaintiff's Request to Withdraw Subpoena, which referenced the subpoena filed on November 15, 2006. The December 7, 2006 Praecipe references the same documents as the referenced in the November 15, 2006 Praecipe.

In any event, Defendant Gray's Harbor Community Hospital's motion is well taken and Plaintiff has not responded to the motion.

NOW, THEREFORE, IT IS ORDERED: Motion of Grays Harbor Community Hospital To Quash Subpoena To Providence Provider Credentialing [Dkt. # 52] is GRANTED and the subpoena issued to Providence Provider Credentialing is QUASHED.

DATED this 13th day of December, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2