UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOINE D. JOHNSON, M.D.,

    Plaintiff,

    v.

GRAYS HARBOR COMMUNITY HOSPITAL; Gray Harbor Community Hospital Medical Staff; Grays Harbor Community Hospital Governing Board; Ki Shin, MD; Tim Troeh, MD; Brent Rowe, MD; Gregory May, MD; Daniel Canfield, MD; Robin Francisovich, MD; Thomas J. Hightower; Shelly Duber, MD; and Does 1 through 50 inclusive,

    Defendants.

Case No. C06-5502FDB

ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DOCUMENTS

    Plaintiff moves to strike for improper service Documents Nos. 72 and 73, filed May 9, 2007. These documents are a reply and declaration, respectively, as to a motion to appoint a special master for discovery, which motion was denied on May 21, 2007. Plaintiff filed a response in opposition to the motion on May 14, 2007.

    While Plaintiff asserts that he was not served with these documents, his assertion lacks merit as the docket information reflects that he was served electronically and that he actually references the documents in his response to the motion.

    ACCORDINGLY, IT IS ORDERED: Plaintiff's Motion to Strike Documents Nos. 72 and 73 [Dkt. # 75] is DENIED.

    DATED this 12th day of June, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1