**THE HON. BENJAMIN H. SETTLE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON at TACOMA

| | | |
|---|---|---|
| ANTOINE D. JOHNSON ) | | Case No: C06-5502-BHS |
| ) | | |
| PLAINTIFF ) | | **MEDIATION STATUS PURSUANT TO** |
| ) | | **SCHEDULING ORDER** |
| ) | | |
| GRAYS HARBOR COMMUNITY ) | | |
| HOSPITAL, et.al. ) | | |

The following is an update to the Court pursuant to its Scheduling Order. To date there has been no mediation.  Defendant Grays Harbor Community Hospital did offer to schedule the mediation, unfortunately there efforts ceased unexpectedly.  Plaintiff pro se, has been diligent in attempting to schedule a mediation with a mediator to the liking of all parties.  Indeed, Plaintiff has provided mediator candidates to the parties.  Unfortunately, Defendant Grays Harbor Community Hospital was unwilling to accept said mediator.  Plaintiff believes he will find a a mediator that will be accepted by all parties within one week, with mediation occurring one week following establishment of a mediator.

Mediation

(C06-5502-BHS)

1

Antoine D. Johnson , Pro se
P.O. Box 149
Aberdeen, WA 98520
Ph. (360) 500-9070

1  Respectfully submitted,

2

3  Dated this 28th day 2007

4

5

6

7

8                                                                   __/s/_____
                                                                    Antoine D. Johnson pro se
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28